FILED

08/05/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0344

IN THE SUPREME COURT OF THE STATE OF MONTANA
Supreme Court Cause No. DA 24-0344

GERALD A. UNRUH, MICHAL L. UNRUH,

Plaintiff - Appellees

-vs-

URBAN LIFESTYLE 10 LLC, a Washington State limited liability company,

Defendant - Appellant

**ORDER GRANTING SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE APPELLANT OPENING BRIEF**

Pursuant to Mont.R.App.P. 26(2), Appellants have moved this Court for a 28-day extension of time. Having reviewed the motion and the declaration attached thereto,

**IT IS HEREBY ORDERED** that the Court determines that Appellants have shown that diligence and substantial need warrant the requested extension and **GRANTS** Appellant's motion. Appellants are granted a 28-day extension of time up to and including September 6, 2024, to file their opening brief.

**ELECTRONICALLY SIGNED AND DATED BELOW.**

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
August 5 2024